CHARLES DEVLIN, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Argued October 3, 1876; decided October 6, 1876.)

*Joseph J. Marrin* for the appellant.

*Samuel Hand* for the respondent.

All concur for dismissal of appeal.   No opinion.

Appeal dismissed.

---

PHINEAS W. SPRAGUE, Respondent, *v.* THE WESTERN UNION TELEGRAPH COMPANY, Appellant.

(Argued October 4, 1876; decided November 14, 1876.)

*George W. Soren* for the appellant.

*Edward D. McCarthy* for the respondent.

Agree to affirm on opinion of DALY, Ch. J., in court below. All concur; FOLGER, J., not sitting.

Judgment affirmed.